# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Minerva Virella Rosado
Plaintiff(s)

vs.

Durastill, Inc.
Defendant(s)

Civil No. 98-1852 (SEC)

RECEIVED & FILED
1999 SEP 14 AM 8:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.

## DESCRIPTION OF MOTION

DATE FILED: 9/10/99   DOCKET: 42

[✓] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)

TITLE: Urgent Request for Protective Order

DISPOSITION:

[✓] GRANTED   [ ] DENIED

[ ] NOTED   [ ] MOOT

## ADDITIONAL COMMENTS:

Counsel for the parties shall have thirty (30) days to coordinate the taking of, and take, depositions.

13 IX 99
DATE

SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE

4

(43)