IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINERVA VIRELLA ROSADO, et al.
_____
Plaintiff(s)

Civil No. 98-1852 (SEC)

v.

DURASTILL, INC., et al.
_____
Defendant(s)

RECEIVED & FILED
1999 NOV -4 PM 1:
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

| DESCRIPTION OF MOTION |
|---|

DATE FILED: 10/29/99   DOCKET #: 45   TITLE:

[✓] Plaintiff(s)    [ ] Third Party Defendant(s)    Motion for Extension of Time

[ ] Defendant(s)

DISPOSITION:

[✓] GRANTED         [ ] DENIED

[ ] NOTED           [ ] MOOT

| COMMENTS |
|---|

November 3, 1999
_____
DATE

_____
SALVADOR E. CASELLAS
United States District Judge

4

(46)