IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Minerva Virella Rosado
_____
Plaintiff(s)

v.

Durastill, Inc.
_____
Defendant(s)

Civil No. 98-1852 (SEC)

RECEIVED & FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.
NOV 18 AM 7:21

## DESCRIPTION OF MOTION

DATE FILED: 11/5/99    DOCKET #: 47    TITLE: Joint Motion to Extend Discovery and Other Deadlines

[ ] Plaintiff(s)    [ ] Third Party Defendant(s)

[ ] Defendant(s)

DISPOSITION:

[✓] GRANTED          [ ] DENIED

[ ] NOTED            [ ] MOOT

## COMMENTS

Plaintiffs shall provide defendants with a copy of the expert witness report by November 30, 1999. Defendants and third-party defendants shall depose plaintiffs' expert no later than December 15, 1999. The parties shall then submit their proposed pretrial order on December 30, 1999.

November 15, 1999.
_____
DATE

_____
SALVADOR E. CASELLAS
United States District Judge