UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



MINERVA VIRELLA ROSADO, et al.
  Plaintiffs
            v.                     Civil No. 98-1852(SEC)
DURASTILL, INC.
  Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket # 51**<br>"Motion for Leave to File Brief in Reply to Plaintiffs' Opposition to Durastill's Motion for Summary Judgment . . ." | Granted. |

DATE: December 23, 1999

*SALVADOR E. CASELLAS*
United States District Judge

