IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| MINERVA VIRELLA ROSADO, et al. | * | |
| | * | |
| Plaintiffs | * | Civil No. 98-1852(SEC) |
| | * | |
| v. | * | |
| | * | |
| DURASTILL, INC. | * | |
| | * | |
| Defendants/Third Party Plaintiffs | * | |
| | * | |
| v. | * | |
| | * | |
| INTERNATIONAL HOME PRODUCTS, INC. and HEALTH DISTILLERS INT'L, INC. | * | |
| | * | |
| Third Party Defendants | * | |

## ORDER

On December 30, 1999, plaintiffs informed that the parties had reached an agreement in this case that would resolve all claims brought against defendant Durastill, Inc., as well as the third party claims brought by the latter against third party defendant International Home Products, Inc. Plaintiffs further informed that they would file within the next five days the pertinent documents regarding this agreement. **(Docket # 54)**. As of today, plaintiffs have not filed such documents nor moved for dismissal. Therefore, plaintiffs are hereby **ORDERED** to inform the Court within **ten (10) days** from the entry date of this order about the status of settlement negotiations.

**SO ORDERED.**

In San Juan, Puerto Rico, this 3d day of March, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)