IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINERVA VIRELLA ROSADO, et al.    *
                                  *
Plaintiffs                        *    Civil No. 98-1852(SEC)
                                  *
v.                                *
                                  *
DURASTILL, INC.                   *
                                  *
Defendants/Third Party Plaintiffs *
                                  *
v.                                *
                                  *
INTERNATIONAL HOME PRODUCTS,      *
INC. and HEALTH DISTILLERS INT'L, *
INC.                              *
                                  *
Third Party Defendants            *
**************************************

## PARTIAL JUDGMENT

Upon the parties "Motion for the Court to Grant Leave for Voluntary Dismissal of Action" **(Docket # 55)**, all claims filed on behalf of plaintiff Shakira Centeno Virella against the defendants are hereby **DISMISSED** pursuant to Fed. R. Civ. P. 41(a)(2).

**SO ORDERED.**

In San Juan, Puerto Rico, this 3d day of March, 2000.

SALVADOR E. CASELLAS
United States District Judge

