# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINERVA VIRELLA ROSADO, et al.
    Plaintiffs

          v.                Civil No. 98-1852(SEC)

DURASTILL, INC., et al.
    Defendants

## ORDER

| MOTION | RULING |
|---|---|
| **Docket # 58** Plaintiffs' "Motion for the Court to Dismiss Action with Prejudice" | Plaintiffs' motion to amend judgment is hereby **granted**. Amended partial judgment shall follow. Furthermore, plaintiffs' are hereby **granted** until **March 15, 2000**, to file the settlement stipulation. |

DATE: March 7, 2000

SALVADOR E. CASELLAS
/ United States District Judge

