IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MINERVA VIRELLA ROSADO, et al. | * |
| Plaintiffs | * Civil No. 98-1852(SEC) |
| v. | * |
| DURASTILL, INC. | * |
| Defendants/Third Party Plaintiffs | * |
| v. | * |
| INTERNATIONAL HOME PRODUCTS, INC. and HEALTH DISTILLERS INT'L, INC. | * |
| Third Party Defendants | * |

**AMENDED PARTIAL JUDGMENT**

The Court hereby amends *nunc pro tunc* the partial judgment issued on March 3, 2000, in order to reflect that all claims filed on behalf of plaintiff Shakira Centeno Virella against the defendants are hereby **DISMISSED WITH PREJUDICE**. Amended partial judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 9TH day of March, 2000.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev. 8/82)