# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MINERVA VIRELLA ROSADO, et al.      *
                                 *
Plaintiffs                          *      **Civil No. 98-1852(SEC)**
                                 *
v.                                  *
                                 *
DURASTILL, INC., et al.             *
                                 *
Defendants                          *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RECEIVED & FILED
00 MAR 24 AM 7:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## JUDGMENT

Upon the parties' stipulation (**Docket # 61**), this action is hereby **DISMISSED** with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 21st day of March, 2000.

SALVADOR E. CASELLAS
United States District Judge